IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-101-BO-RN

RYAN WINTER, as Administrator of the )
Estate of M.W.W., )
        Plaintiff, )
         )
v. )        O R D E R
         )
BLUEWATER ASSOCIATES OF )
EMERALD ISLE, INC., 4601 OCEAN )
DRIVE, LLC, BLUEWATER BUILDERS )
OF EMERALD ISLE, INC., and )
SHEYENNE HOUSEAND d/b/a SOBX )
CONSTRUCTION, )
        Defendants. )

      This cause comes before the Court on three motions seeking judgment on the pleadings on plaintiff's *res ipsa loquitor* claim. [DE 66, 85, and 87]. After the motions for judgment on the pleadings were filed, plaintiff stipulated to this dismissal of this claim. [DE 92]. The motions for judgment on the pleadings [DE 66, 85, and 87] are therefore DENIED AS MOOT.

SO ORDERED, this 18 day of September 2024.

                                            *Terrence Boyle*
                                            TERRENCE W. BOYLE
                                            UNITED STATES DISTRICT JUDGE